UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RICHARD MATTHEWS,

    Petitioner,                                  Case No. 2:10-CV-142

v.                                              HON. GORDON J. QUIST

JEFFREY WOODS,

    Respondent.
_____/

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation issued by Magistrate Judge Greeley on May 14, 2013. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed May 14, 2013, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that Petitioner's habeas corpus petition is **DENIED**.

This case is **concluded**.

A separate judgment will enter.

Dated: June 6, 2013                                         /s/ Gordon J. Quist
                                                            GORDON J. QUIST
                                                    UNITED STATES DISTRICT JUDGE